UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-514-H

SHARETTA L. LEE, et al.                                                      PLAINTIFFS

V.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT                      DEFENDANT

**MEMORANDUM AND ORDER**

       This is a discrimination claim primarily directed against A&W Pritchard Enterprises, Inc. ("Pritchard"). However, Plaintiff has also asserted a claim against various federal defendants for failing to comply with their duty to investigate a complaint.

       The federal defendants have moved to dismiss and this Court agrees that they have no legal liability under the allegations of the complaint. Plaintiffs have not set forth reasons to the contrary.

       Plaintiffs also have attempted to add Metro Government as a party defendant. Plaintiffs' claim against Metro Government is founded purely in negligence against which it has properly raised the defense of sovereign immunity. *See Yanero v. Davis*, Ky., 65 S.W.3d 510 (2001).

       Being otherwise sufficiently advised,

       IT IS HEREBY ORDERED that the federal defendants' motion to dismiss is SUSTAINED and the claims against those Defendants are DISMISSED WITH PREJUDICE.

       IT IS FURTHER ORDERED that Plaintiffs' motion for leave to add Metro Government

as a defendant is DENIED.  All claims against Metro Government are DISMISSED.

cc:     Counsel of Record