UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-514-H

SHARETTA L. LEE, et al.                                                                  PLAINTIFFS

V.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, et al.                           DEFENDANTS

**MEMORANDUM AND ORDER**

All the parties appeared before the Court and thoroughly discussed the pending claims. After this discussion, it became quite clear that some of Plaintiffs' claims are not viable and that the Court may lack jurisdiction. The Court has sufficient facts on the record to enter this opinion *sua sponte*.

Plaintiffs' claims arise from a rental relationship some years ago between themselves and the Pritchards. They claim that the Pritchards discriminated against them on the basis of their disability and that the Pritchards created environmental problems which caused them harm. Plaintiffs only claim against Defendant, LG&E, is that it "negligently caused Plaintiffs to be exposed to carbon monoxide." The Court discussed all these claims with Plaintiffs and counsel for Defendants.

Plaintiffs' complaint says that they occupied the premises known as 2903 Dumesnil Street in Louisville from September, 2001, through June, 2006. Plaintiffs' exposure to mold or carbon monoxide must have occurred during this time and no later than June, 2006. During this

time Plaintiffs certainly knew all the facts pertinent to their claims.  Also during this time and shortly thereafter Plaintiffs were seen by physicians for treatment for the injuries that they now allege Defendants caused.  Thus, on or before June 2006, Plaintiffs had knowledge of the facts necessary to make their personal injury claims.  Those claims occurred no later than the last day of June, 2006.  Nevertheless, Plaintiffs did not file their personal injury claim until more than a year after that date on September 17, 2007.  Consequently, Kentucky law bars Plaintiffs' personal injury claims under the applicable statute of limitations.  KRS 413.140 (1)(8).

Plaintiff s' remaining claims comprise state law discrimination claims against A&W Pritchard Enterprises, Inc., Walter Pritchard and Alfreda Pritchard.  All the remaining parties are residents of the state of Kentucky.  Consequently, this Court has no jurisdiction on the remaining claims.  This case, therefore, is appropriately remanded to Jefferson Circuit Court.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' personal injury claims against A&W Pritchard Enterprises, Inc., Walter Pritchard, Alfreda Pritchard and Louisville Gas & Electric Company are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs' remaining claims against A&W Pritchard Enterprises, Inc., Walter Pritchard and Alfreda Pritchard are REMANDED to Jefferson Circuit Court.

cc:     Plaintiffs, *Pro Se*
        Defendants, *Pro Se*
        Counsel of Record